PROB 12A
(07/93)

# UNITED STATES DISTRICT COURT

for

## Western District of Wisconsin
Report on Offender Under Supervision

**Name of Offender:** Deedra A. Ulry  **Case Number:** 10-cr-26-bbc-4
Eau Claire, WI

**Name of Sentencing Judicial Officer:** Honorable Barbara B. Crabb

**Date of Original Sentence:** August 2, 2010

**Original Offense:** Conspiracy to Steal and to Possess United States Mail (Aiding and Abetting) in violation of 18 U.S.C. §§ 371 & 2, a Class D felony

**Original Sentence:** Three years' probation

**Type of Supervision:** Probation  **Date Supervision Began:** August 2, 2010

---

### COMPLIANCE SUMMARY

Deedra A. Ulry's term of probation is due to expire on August 1, 2013. She was ordered to pay $23,545 in restitution. She has paid $2,100 toward her court obligations, and her current balance is $19,760. Ms. Ulry has collected disability income and child support throughout her term of probation. She has agreed to sell one of two vehicle's registered in her name and apply the proceeds toward her restitution. Her monthly cash inflows and expenditures have been reviewed and it is the position of the U.S. Probation Office that she has made a good-faith effort to pay her restitution. Ms. Ulry will be entered into the tax offset program.

**U.S. Probation Officer Recommendation:** It is respectfully recommended that Deedra A. Ulry's supervised release be allowed to expire with restitution owing. The Financial Litigation Unit of the U.S. Attorney's Office has been consulted and agrees with our recommendation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 9, 2013

/s/

Traci L. Jacobs
U.S. Probation Officer

**THE COURT ORDERS:**

✓ Allow Probation to Expire with Restitution Owing

___ Submit a Request for Modifying the Condition or Term of Supervision

___ Submit a Request for Warrant or Summons

___ Other

Honorable Barbara B. Crabb
U.S. District Judge

July 15, 2013
Date